**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, *Plaintiff*,<br><br>v.<br><br>THE UNITED STATES COAST GUARD, ET AL.,<br><br>*Defendants*. | No. 5:25-cv-00284-TKW/MJF |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule of Civil Procedure 11.1(H)(1)(B), James F. Hasson respectfully notifies the Court of his withdrawal as counsel for Plaintiff Students for Fair Admissions. Mr. Hasson is departing Consovoy McCarthy PLLC. Plaintiff consents to Mr. Hasson's withdrawal and will continue to be represented by all other counsel listed below.

Dated: April 3, 2026

Respectfully submitted,

*/s/ James F. Hasson**
Thomas R. McCarthy*
Cameron T. Norris*
James F. Hasson*
Zachary P. Grouev
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 243-9423
cam@consovoymccarthy.com

*Counsel for Plaintiff SFFA*

* *pro hac vice*

**CERTIFICATE OF COMPLIANCE**

Consistent with Local Rule 7.1(F), this notice contains 51 words.

*/s/ James F. Hasson* .

**CERTIFICATE OF SERVICE**

I certify that on April 3, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification to all counsel of record.

*/s/ James F. Hasson*