**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSIONS,** | |
| **Plaintiff,** | **Civil Case Number:** |
| | **5:25-cv-00284-TKW/MJF** |
| **v.** | |
| **THE UNITED STATES COAST GUARD, et al.,** | |
| **Defendants.** | |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE
FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

Defendants United States Coast Guard and all other Defendants, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, respectfully move the Court to enter an order extending the deadline for Defendants to respond to Plaintiff's Complaint to April 21, 2026. As grounds for this motion, Defendants state:

1.      Plaintiff filed this action on October 7, 2025, and effectuated service on the United States on October 17, 2025.  By Order of this Court, Defendants have until April 7, 2026, to answer or otherwise respond to the Verified Complaint.

2.      By way of background, the Civil Division of the United States Attorney's Office was furloughed during the lapse of federal funding that occurred from October 1, 2025, to November 17, 2025. Since then, the United States

1

Attorney's Office has worked diligently in coordinating with the Federal Programs Branch of the United States Department of Justice in defending this action. Good cause for the motion exists in light of the parties' ongoing efforts to seek an amicable resolution.

3.    Neither party will be unduly prejudiced if the relief requested herein is granted.

4.    Defendants have conferred with Counsel for Plaintiff and they do not oppose the requested extension to April 21, 2026.

WHEREFORE, Defendants respectfully request an extension of the deadline to respond to the Verified Complaint to April 21, 2026.

Dated: April 6, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

2

*/s/ John J. Halloran, Jr.*
JOHN J. HALLORAN, JR.
D.C. Bar No. 454128
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-3398
Fax: (202) 616-8460
Email: John.J.Halloran.Jr@usdoj.gov

Counsel for Defendants

## LOCAL RULE 7.1(B) CERTIFICATION

I HEREBY CERTIFY that counsel for the United States has conferred with counsel for Plaintiff and they do not oppose the relief requested in this Motion.

## LOCAL RULE 7.1(F) CERTIFICATION

I HEREBY CERTIFY that this memorandum contains 233 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

## LOCAL RULE 5.1(F) CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing has been furnished via CM/ECF to all interested parties, this 6th day of April, 2026.

*/s/ John J. Halloran, Jr.*
**JOHN J. HALLORAN, JR.**
Trial Attorney
U.S. Department of Justice
Counsel for United States of America

4